DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEAUNDRE CORTEZ BARNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0654

_____

December 19, 2025

Appeal from the Circuit Court for Pinellas County; Philip J. Federico,
Judge.

Blair Allen, Public Defender, and Diana L. Johnson, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.  *See Noetzel v. State*, 328 So. 3d 933 (Fla. 2021).

KELLY, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.